**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSE ARNOLD MONTIEL,

Plaintiff,

Case No. 26-cv-12349
Hon. Matthew F. Leitman

v.

PASCHKE, et al.,

Defendants.
______________________________________________/

**ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE**

Plaintiff Jose Arnold Montiel, who is currently incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan, filed this Complaint in the United States District Court for the Western District of Michigan on July 10, 2026. (See Compl., ECF No. 1.) That court transferred the case to this Court because the events underlying the Complaint occurred in Jackson County, which lies in this district. (See Order, ECF No. 2.)

On August 12, 2026, Chief Magistrate Judge David R. Grand entered an order of deficiency in this case. (*See* Deficiency Order, ECF No. 5.) The order was issued because Montiel did not pay the civil filing fee in either the Western District or the Eastern District of Michigan, and he did not he apply to proceed *in forma pauperis* in either court. The order directed Montiel to either pay the filing fee or file the necessary documents to proceed *in forma pauperis*: an affidavit of indigence and a certified trust account statement, signed by an authorized prison official, reflecting

the account's financial transactions for the preceding six months. (*Id.*) The order required Montiel to submit the fee or the required documents by September 11, 2026, and warned that failure to do so would result in dismissal of the case. In response, Montiel filed an application to proceed *in forma pauperis*. (*See* Appl., ECF No. 7.) However, he did not submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint.

The Court therefore DISMISSES Montiel's Complaint WITHOUT PREJUDICE (ECF No. 1). Montiel may initiate a new action by either paying the required filing fee or submitting the documents necessary to proceed *in forma pauperis.*

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126