**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSE ARNOLD MONTIEL,

Plaintiff,

Case No. 26-cv-12349
Hon. Matthew F. Leitman

v.

PASCHKE, et al.,

Defendant.

______________________________________/

**JUDGMENT**

For the reasons stated in the order issued on this date, it is ORDERED and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 22, 2026
Detroit, Michigan